# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO.  03-16-00636-CV

---

**L. F., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-16-003378, JAMES L. ARTH, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant L. F. filed her notice of appeal on September 22, 2016.  The appellate record was complete October 6, 2016, making appellant's brief due October 26, 2016.  To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition).  The accelerated schedule requires greater compliance with briefing deadlines.  Therefore we order counsel to file appellant's brief no later than November 16, 2016.  If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 1, 2016.

Before Chief Justice Rose, Justices Goodwin and Bourland